1  John Kauffman (SBN 302422)
2  john.kauffman@lawhq.com
   LawHQ, PC
3  299 S. Main St. #1300
   Salt Lake City, UT 84111
4  Telephone: (385) 285-1090

5

*Attorney for Plaintiff*

6

7                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
8

9  | Brad Kitchen, | Case No. 8:22-cv-01497-JVS-ADS |
10 | Plaintiff, | |
11 | v. | REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF AGAINST ZIP CAPITAL GROUP, LLC / RESPONSE TO ORDER TO SHOW CAUSE |
12 | Zip Capital Group, LLC, and Farid Karimi, | |
13 | | |
14 | Defendants. | |

15

16     Pursuant to Fed. R.Civ. P. 55(a), and the Court's Order dated October 28,

17 2022 (Doc. 16), Plaintiff requests a default against Zip Capital Group, LLC for its

18 failure to plead or otherwise defend this action in a timely manner.  As support,

19 Plaintiff states:

20     1.     Plaintiff filed the Complaint in this matter on August 10, 2022.

21 (Doc. 1.)

22     2.     Waiver of Service of the Summons and Complaint was sent to Zip

23

24 Capital Group, LLC on August 26, 2022.  The Waiver was executed by counsel for

1

Zip Capital Group, LLC on September 13, 2022 and filed with the Court on September 20, 2022. (Doc. 14.)

3. Counsel for Plaintiff also provided Waiver of Service of the Summons and Complaint to Farid Karimi and provided it again to his counsel on September 20, 2022. That Waiver was executed by counsel for Farid Karimi and filed with the Court on September 26, 2022. (Doc. 15.)

4. Counsel for Plaintiff had some communications with counsel for Zip Capital and Farid Karimi, David Kaminski, around the time that the Waivers of Service were filed, but any need for additional time was not understood to be sought at that time.

5. The deadline for Zip Capital Group, LLC to respond to the Complaint was October 25, 2022. Fed. R.Civ. P. 4(d)(3).

6. The deadline for co-defendant Farid Karimi to respond is not until November 21, 2022.

7. Defendant Zip Capital Group, LLC has not answered, responded to the Complaint or otherwise sought to defend. The time to answer or respond to the Complaint has now passed and has not been extended.

8. In response to two recent follow-up communications about the delay, including one that provided a copy of the Court's October 28, 2022 Order, Mr. Kaminski did not provide a substantive response but, rather, only generalized statements that his firm had lost a key employee.

2

9. To date, as a courtesy based on the fact that both Defendants are represented by the same legal counsel and one Defendant's answer was not due until several weeks after the other Defendant, Plaintiff's counsel did not immediately seek a default of Zip Capital, LLC.

10. Plaintiff is filing this Request in order to comply with the Court's Order of October 28, 2022.

WHEREFORE, Plaintiff Brad Kitchen requests default be entered against Defendant Zip Capital Group, LLC if its answer to the Complaint is not filed by November 9, 2022.

DATED: November 9, 2022

                                              Respectfully Submitted,

                                              /s/ *John Kauffman*
                                              John Kauffman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on November 9, 2022, and a copy was served via regular U.S. mail and/or e-mail on:

Zip Capital Group, LLC
15215 Alton Parkway
Irvine, CA 92618

David J. Kaminski, Esq.
5901 West Century Boulevard,
Suite 1200
Los Angeles, CA 90045
kaminskid@cmtlaw.com


/s/ *John Kauffman*
John Kauffman