David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Blvd., Suite 1200,
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendants,
ZIP CAPITAL GROUP, LLC and FARID KARIMI,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD KITCHEN, <br><br> Plaintiff, <br><br> vs. <br><br> ZIP CAPITAL GROUP, LLC, and FARID KARIMI, <br><br> Defendants. | CASE NO. 8:22-cv-01497-DOC-ADS <br><br> **ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

Defendants ZIP CAPITAL GROUP, LLC and FARID KARIMI ("Defendants"), hereby answers the Complaint of Plaintiff BRAD KITCHEN ("Plaintiff") as follows:

/ / /

/ / /

# INTRODUCTION

1. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1 of the Complaint.

2. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Complaint.

3. Defendants deny the allegations in Paragraph 3 of Plaintiff's Complaint.

4. Defendants deny the allegations in Paragraph 4 of Plaintiff's Complaint.

5. Defendants deny the allegations in Paragraph 5 of Plaintiff's Complaint.

6. Defendants deny the allegations in Paragraph 6 of Plaintiff's Complaint.

7. Defendants deny the allegations in Paragraph 7 of Plaintiff's Complaint.

8. Defendants deny the allegations in Paragraph 8 of Plaintiff's Complaint.

9. Defendants deny the allegations in Paragraph 9 of Plaintiff's Complaint.

/ / /

/ / /

## JURISDICTION AND VENUE

10. Answering Paragraph 10, Defendants admit that jurisdiction of this court arises from Plaintiff's TCPA claims; however, Defendants deny that they violated the TCPA. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 10 of the Complaint.

11. Defendants deny the allegations in Paragraph 11 of Plaintiff's Complaint.

## PARTIES

12. Answering Paragraph 12, Defendants admit Plaintiff is a natural person. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 12.

13. Answering Paragraph 13, Defendants admit that Defendant Zip Capital Group, LLC is a limited liability company. Defendants admit Defendant Zip Capital Group, LLC has a location in Irvine, Orange County, California.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14 of the Complaint.

## FACTUAL ALLEGATIONS

15. Defendants deny the allegations in Paragraph 15 of Plaintiff's Complaint.

16. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16 of the Complaint, which also constitute legal conclusions.

17. Paragraph 17 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

18. Defendants deny the allegations in Paragraph 18 of Plaintiff's Complaint.

19. Defendants deny the allegations in Paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the allegations in Paragraph 20 of Plaintiff's Complaint.

21. Defendants deny the allegations in Paragraph 21 of Plaintiff's Complaint.

22. Defendants deny the allegations in Paragraph 22 of Plaintiff's Complaint.

23. Defendants deny the allegations in Paragraph 23 of Plaintiff's Complaint.

24. Defendants deny the allegations in Paragraph 24 of Plaintiff's Complaint.

25. Defendants deny the allegations in Paragraph 25 and its subparts of Plaintiff's Complaint.

26. Defendants deny the allegations in Paragraph 26 of Plaintiff's Complaint.

27. Defendants deny the allegations in Paragraph 27 of Plaintiff's Complaint.

28. Defendants deny the allegations in Paragraph 28 of Plaintiff's Complaint.

## **LEGAL STANDARD**

29. Paragraph 29 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

30. Paragraph 30 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

31. Paragraph 31 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

32. Paragraph 32 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

33. Paragraph 33 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

34. Paragraph 34 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

/ / /

## CLASS ACTION ALLEGATIONS

35. Defendants deny the allegations in Paragraph 35 of Plaintiff's Complaint.

36. Defendants deny the allegations in Paragraph 36 of Plaintiff's Complaint.

37. Paragraph 37 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

38. Paragraph 38 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

39. Defendants deny the allegations in Paragraph 39 of Plaintiff's Complaint.

40. Paragraph 40 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative

allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

41. Defendants deny the allegations in Paragraph 41 of Plaintiff's Complaint.

42. Paragraph 42 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

43. Defendants deny the allegations in Paragraph 43 of Plaintiff's Complaint.

44. Defendants deny the allegations in Paragraph 44 of Plaintiff's Complaint.

45. Paragraph 45 of Plaintiff's Complaint does not contain affirmative allegations against Defendants. Therefore, Defendants are not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendants, Defendants respond that they lack sufficient knowledge or information to form a belief about the truth of the allegations.

46. Defendants deny the allegations in Paragraph 46 of Plaintiff's Complaint.

47. Defendants deny the allegations in Paragraph 47 of Plaintiff's Complaint.

## FIRST CAUSE OF ACTION

## 47 U.S.C. § 227(b) and 47 C.F.R. § 64.1200(a)

48. Defendants deny the allegations in Paragraph 48 of Plaintiff's Complaint.

49. Defendants deny the allegations in Paragraph 49 of Plaintiff's Complaint.

50. Defendants deny the allegations in Paragraph 50 of Plaintiff's Complaint.

51. Defendants deny the allegations in Paragraph 51 of Plaintiff's Complaint.

## SECOND CAUSE OF ACTION

## 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)

52. Defendants deny the allegations in Paragraph 52 of Plaintiff's Complaint.

53. Defendants deny the allegations in Paragraph 53 of Plaintiff's Complaint.

54. Defendants deny the allegations in Paragraph 54 of Plaintiff's Complaint.

55. Defendants deny the allegations in Paragraph 55 of Plaintiff's Complaint.

## THIRD CAUSE OF ACTION

## 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)

## PRAYER FOR RELIEF

56. Defendants deny the allegations in Paragraph 56 of Plaintiff's Complaint.

57. Defendants deny the allegations in Paragraph 57 of Plaintiff's Complaint.

58. Defendants deny the allegations in Paragraph 58 of Plaintiff's Complaint.

59. Defendants deny the allegations in Paragraph 59 of Plaintiff's Complaint.

## RELIEF REQUESTED

60. Answering Plaintiff's Prayer for Relief, Defendants deny that Plaintiff is entitled to any relief against Defendants as sought in the Prayer for Relief and elsewhere in the Complaint.

## JURY DEMAND

Answering Plaintiff's demand for a jury trial, Defendants admit that Plaintiff demands a trial by jury.

/ / /

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

Plaintiff's Complaint, and each cause of action contained therein, fails to state facts sufficient to constitute a valid cause of action against the Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Defendants are informed and believes and based thereon alleges that Plaintiff's Complaint, and each cause of action contained therein, or portions thereof, are barred by the applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

Plaintiff is not entitled to recover any damages, or any recovery awarded should be reduced by the amount of damages, which reasonably could have been avoided, because Plaintiff failed to take reasonable steps to mitigate his damages with respect to the matters alleged in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

As a separate, affirmative defense, the Complaint, and each cause of action alleged therein against Defendants is barred by the conduct, actions, and inactions of Plaintiff, which amount to and constitute an estoppel of the claims and any relief sought by the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff is barred from maintaining the Complaint and each purported cause of action alleged therein against Defendants as a result of unclean hands with respect to the events upon which the Complaint and purported causes of action allegedly are based.

## SIXTH AFFIRMATIVE DEFENSE

### (Compliance with Statute)

The conduct of Defendants at all times complied with all applicable statutes, regulations and laws; accordingly, the Complaint and each purported cause of action alleged therein against Defendants is barred.

## SEVENTH AFFIRMATIVE DEFENSE

### (Actions were Proper)

As a separate, affirmative defense, Defendants allege that the alleged actions of Defendants were proper and did not violate any law, including provisions of 47 U.S.C. § 227 *et seq*. and 47 C.F.R. § 64.1200 *et seq.*

## EIGHTH AFFIRMATIVE DEFENSE

### (No Intentional or Reckless Conduct)

As a separate, affirmative defense, Defendants contend that they did not engage in any conduct that was outrageous, intentional and malicious or done with reckless disregard with respect to Plaintiff.  Defendants also allege that they never engaged in any knowing, willful or fraudulent conduct with respect to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff is barred by the doctrine of laches from pursuing his Complaint and each purported cause of action alleged therein against Defendants by reason of his inexcusable and unreasonable delay in filing his Complaint.

## TENTH AFFIRMATIVE DEFENSE

### (No Proximate Cause)

As a separate, affirmative defense, Defendants allege that Plaintiff's claims are, or may be, barred because the claimed injuries and damages were not proximately caused by any acts or omissions of Defendants.

/ / /

## ELEVENTH AFFIRMATIVE DEFENSE

**(Conduct of Third Parties)**

As a separate, affirmative defense, Defendants allege that Plaintiff's claims are, or may be, barred because the claimed injuries and damages, if any, were or may have been caused by the conduct of third parties, including, but not limited to, the prior, intervening, or superseding conduct of third parties.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

As a separate, affirmative defense, Defendants allege that Plaintiff's Complaint fails as a matter of law due to lack of standing to bring an action.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Maintained Reasonable TCPA and 47 C.F.R. § 64.1200 *et seq.* Procedures)**

As a separate, affirmative defense, Defendants allege that at all times alleged in the Complaint, Defendants maintain reasonable procedures created to prevent any type of intentional or negligent violation of 47 U.S.C. § 227 *et seq.* and 47 C.F.R. § 64.1200 *et seq.*

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(No Damages)**

As a separate, affirmative defense, Defendants assert that Plaintiff suffered no actual damages.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Offset)**

Any damages that Plaintiff may recover against Defendants in this Action must be offset against all amounts owed to Defendants.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Reasonableness and Good Faith)**

Defendants and their agents, if any, acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by them at the time they so acted, Defendants allege that it acted lawfully and within

their legal rights, with a good faith belief in the exercise of those rights, and in the furtherance of a legitimate business purpose. Further, Defendants acted in good faith in the honest belief that the acts, conduct and communications, if any, of Defendants were justified under the circumstances based on information reasonably available to the answering Defendants. Accordingly, Plaintiff is barred from any recovery in this action.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Bona Fide Error)

As a separate, affirmative defense, assuming arguendo that Defendants violated a statute alleged in the Complaint, which presupposition the Defendants deny, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Legitimate Business Purpose)

As a separate, affirmative defense, Defendants allege that at all times mentioned in the Complaint, Defendants acted lawfully and within their legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose. Further, Defendants acted in good faith in the honest belief that the acts, conduct, and communications, if any, of Defendants were justified under the circumstances based on information reasonably available.

## NINETEENTH AFFIRMATIVE DEFENSE
### (TCPA and 47 C.F.R. § 64.1200 *et seq.* Damages are Limited)

As a separate, affirmative defense, Defendants allege that if Plaintiff was damaged in any sum or sums alleged, which Defendants deny, then Plaintiff's damages are limited by 47 U.S.C. § 227 *et seq*. and 47 C.F.R. § 64.1200 *et seq.*

## TWENTIETH AFFIRMATIVE DEFENSE
### (Damages Not Specific)

Plaintiff's Complaint fails to state a cause of action against Defendants because it does not plead special damages with sufficient particularity.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Actions were Privileged and Justified)

As a separate, affirmative defense, the Complaint, and each cause of action alleged therein against Defendants, are barred because Defendants are privileged and justified, by statute and by common law, in making the alleged statements and representations, if any.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Arbitration)

As a separate, affirmative defense, Defendants reserve the right to compel arbitration.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
### (Consent)

If any acts or omissions of the Defendants are proved, which the Defendants expressly deny occurred, then such acts or omissions were provoked by Plaintiff, and done with the consent, express and implied of Plaintiff.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE
### (Not a Proper Class Representative)

As a separate, affirmative defense to the Complaint, Defendants allege that Plaintiff is atypical and inadequate as a class representative.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE
### (Not a Proper Class Action)

As a separate, affirmative defense to the Complaint, Defendants allege that this action is not appropriately brought or maintained as a class action.

///

### TWENTY-SIXTH AFFIRMATIVE DEFENSE
### (Class Action Improper – Lack of Typicality)

Plaintiff's action is not proper for class action certification pursuant to Federal Rule of Civil Procedure 26 as Plaintiff's claim is not typical of the claim of the purported class members.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (Class Action Improper – Lack of Commonality)

Plaintiff's action is not proper for class action certification pursuant to Federal Rule of Civil Procedure 23 as Plaintiff's claims' lack commonality of the purported class members.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (Class Action Improper – Lack of Numerosity)

Plaintiff's action is not proper for class action certification pursuant to Federal Rule of Civil Procedure 23 as Plaintiff's claims' lack numerosity for a purported class or other members.

### TWENTY-NINTH AFFIRMATIVE DEFENSE
### (Class Action Improper Lack of Adequacy)

Plaintiff's action is not proper for class action certification pursuant to Federal Rule of Civil Procedure 23 as Plaintiff's claims' lack adequacy of the purported class members.

### THIRTIETH AFFIRMATIVE DEFENSE
### (Dismissal of Class Action Allegations)

As a separate, affirmative defense, Defendants assert that Plaintiff has not and cannot establish that this action should be certified as a class action, as Plaintiff cannot establish numerosity of the alleged class, common questions of law or fact, and typicality of claims, and moves to dismiss all allegations pertaining to this action as a "Class Action" on those grounds.

///

### THIRTY-FIRST AFFIRMATIVE DEFENSE
### (Class Action Inferior)

Plaintiff's action is not proper for class action certification pursuant to Federal Rule of Civil Procedure 23 due to lack of predominance and superiority, and because class action treatment is inferior to individual resolution of claims.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

### (No Predominance)

As a separate, affirmative defense to the Complaint, and each purported claim for relief, therein, Defendants allege that the questions of law or fact, as a class, are not substantially similar and do not predominate over questions affecting the individual members.

### RESERVATION OF RIGHTS

Defendants reserve the right to amend its answer and claims herein by adding additional parties, affirmative defenses, counterclaims, cross-claims, and/or third party claims, as additional investigation, discovery or circumstances warrant.

### DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, Defendants pray that the Complaint be dismissed with prejudice, for its attorneys' fees and costs incurred herein, and for such further relief as the court deems just and equitable.

**CARLSON & MESSER LLP**

DATED: November 10, 2022

By: /s/ David J. Kaminski
David J. Kaminski
Calvin W. Davis
*Attorneys for Defendants,*
ZIP CAPITAL GROUP, LLC and
FARID KARIMI

# CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on November 9, 2022, I electronically filed the foregoing Answer to Plaintiff's Class Action Complaint with the Clerk of the Court by using the CM/ECF system.

Dated:  November 10, 2022              s/ David J. Kaminski
                                       David J. Kaminski