# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRAD KITCHEN

Plaintiff(s),

v.

ZIP CAPITAL, LLC, et al.

Defendant(s).

CASE NUMBER:

8:22−cv−01497−DOC−ADS

**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Zip Capital Group LLC  for the following reason(s):

- \_ No declaration as required by F.R.Civ.P 55(a)
- \_ No proof of service/waiver of service on file
- \_ The name of the person served does not exactly match the person named in complaint
- \_ Proof of Service is lacking required information
- \_ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- \_ Time to respond has not expired
- X Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- \_ Request for Entry of Default has been forwarded to the assigned Judge
- \_ Party dismissed from action on
- \_ Case terminated on
- \_ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- \_ Other:

The Clerk cannot enter the requested **Default Judgment** against \_\_ for the following reason(s):

- \_ No Entry of Default on file
- \_ No declaration as required by F.R.Civ.P 55(b)
- \_ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- \_ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- \_ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- \_ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- \_ Amount sought is not for a sum certain or cannot be computed to a sum certain
- \_ Attorney Fees sought not in compliance with Local Rule 55−3
- \_ Amount sought for costs is incorrect
- \_ Case terminated on
- \_ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- \_ Other:

CLERK, U.S. DISTRICT COURT

Date:  November 10, 2022 　　　By:  /s/ *Trina DeBose*
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　trina_debose@cacd.uscourts.gov